UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
SIAVOSH HENAREH,

                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #:_____
                                              DATE FILED: _____

                                           :17 Civ. 630 (JSR)(SDA)
                    Plaintiff,             :
                                           :          ORDER
          -v-                              :
                                           :
UNITED STATES OF AMERICA, EXECUTIVE        :
OFFICE FOR UNITED STATES ATTORNEY, DRUG    :
ENFORCEMENT ADMINISTRATION, and FEDERAL    :
BUREAU OF PRISONS                          :
                                           :
          Defendant.                       :
-------------------------------------------x

JED S. RAKOFF, U.S.D.J.

          On December 5, 2018, the Honorable Stewart D. Aaron,

United States Magistrate Judge, issued a Report and

Recommendation in the above-captioned matter, recommending that

the Court grant the Government's motion for summary judgment and

deny plaintiff Siavosh Henareh's cross-motion for summary

judgment. See Dkt. 51. Henareh subsequently submitted objections

to certain portions of the Report and Recommendation, see Dkt.

52, which the Government responded to in a memorandum filed on

December 28, 2018. See Dkt. 53. The Court has reviewed the

objections and the underlying record de novo.

          Having done so, the Court finds itself in complete

agreement with Magistrate Judge Aaron's excellent Report and

Recommendation and hereby adopts its reasoning by reference.

Accordingly, the Court grants the Government's motion for

summary judgment and denies Henareh's cross-motion for summary judgment. The Clerk is instructed to enter judgment.

SO ORDERED.

Dated:     New York, NY

January 24, 2019                           JED S. RAKOFF, U.S.D.J.